# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **STRAGENT, LLC,** *et al.*, | § § | |
| *Plaintiffs*, | § § | CIVIL ACTION NO. 6:10-CV-225-LED |
| v. | § § | |
| **AMAZON.COM, INC.,** *et al.*, | § § | JURY TRIAL DEMANDED |
| *Defendants*. | § § | |

### ORDER DISMISSING DEFENDANT CA, INC. WITH PREJUDICE

Plaintiffs Stragent, LLC and SeeSaw Foundation and Defendant CA, Inc.'s Joint Motion to Dismiss CA, Inc. ("CA") with Prejudice under Fed. R. Civ. P. 41(a)(2) shall be, and hereby is, GRANTED.  All claims asserted by and between Plaintiffs and CA in this action are hereby DISMISSED WITH PREJUDICE.

Plaintiffs and CA will each bear their own costs, expenses and legal fees.

This dismissal does not affect any other named defendants.

**So ORDERED and SIGNED this 1st day of June, 2011.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**