**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**TYLER DIVISION**

| | | |
|---|---|---|
| **STRAGENT, LLC,** *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | **CIVIL ACTION NO. 6:10-CV-225-LED-JDL** |
| | § | |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| **AMAZON.COM, INC.,** *et al.*, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Plaintiffs' Unopposed Motion for Entry of Expedited Briefing Schedule Concerning their Motion to Compel Production and for Sanctions against Defendant Amazon.com, Inc., shall be, and hereby is, GRANTED. The Court ORDERS that the following deadlines shall apply to Plaintiffs' Motion to Compel Production and for Sanctions against Defendant Amazon.com, Inc.:

| | |
|---|---|
| Response | 7 calendar days after service of the Motion to Compel Production and for Sanctions |
| Reply | 3 calendar days after service of Response |
| Surreply | 3 calendar days after service of Reply |

**So ORDERED and SIGNED this 6th day of June, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE