IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | |
|---|---|
| STRAGENT, LLC, *et al.*, § | |
| § | |
| *Plaintiffs*, § | CIVIL ACTION NO. 6:10-CV-225-LED-JDL |
| § | |
| v. § | |
| § | |
| AMAZON.COM, INC., *et al.*, § | JURY TRIAL DEMANDED |
| § | |
| *Defendants*. § | |

**JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY ALL DEADLINES**

Plaintiffs Stragent, LLC and SeeSaw Foundation and Defendant Amazon.com, Inc. jointly notify the Court that they have reached an agreement to settle the above-entitled and numbered civil action, and respectfully move for the Court to stay all deadlines in the case. The parties anticipate that they will reduce the agreement to writing and move to dismiss within 30 days.

WHEREFORE, PREMISES CONSIDERED, the parties pray that the Court stay all deadlines in this case, and for all other relief to which they are justly entitled.

                            Respectfully submitted,

                            /s/ Eric M. Albritton
                            Eric M. Albritton
                            Texas State Bar No. 00790215
                            ema@emafirm.com
                            Stephen E. Edwards
                            Texas State Bar No. 00784008
                            see@emafirm.com
                            Debra Coleman
                            Texas State Bar No. 24059595
                            drc@emafirm.com

ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

Danny L. Williams
Texas State Bar No. 21518050
danny@wmalaw.com
J. Mike Amerson
Texas State Bar No. 01150025
mike@wmalaw.com
 Jaison C. John
Texas State Bar No. 24002351
jjohn@wmalaw.com
Christopher N. Cravey
Texas State Bar No. 24034398
ccravey@wmalaw.com
Matthew R. Rodgers
Texas State Bar No. 24041802
mrodgers@wmalaw.com
Michael A. Benefield
Texas State Bar No. 24073408
mbenefield@wmalaw.com
David Morehan
Texas State Bar No. 24065790
dmorehan@wmalaw.com
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-7000
Facsimile: (713) 934-7011

*Attorneys for Plaintiffs*
*Stragent, LLC and SeeSaw Foundation*

Respectfully submitted,

/s/ Thomas G. Pasternak (*by permission*)
Thomas G. Pasternak (admitted *pro hac vice*)
tpasternak@steptoe.com
Jennifer L. Travers (admitted *pro hac vice*)
jtravers@steptoe.com

2

STEPTOE & JOHNSON LLP
115 South La Salle Street, Suite 3100
Chicago, Illinois 60603
Telephone: (312) 577-1265
Facsimile: (312) 577-1370

Jeffrey S. Patterson
Texas State Bar No. 15596700
jpatterson@hdbdlaw.com
Jeffrey J. Cox
Texas State Bar No. 04947530
jcox@hdbdlaw.com
HARTLINE DACUS BARGER DREYER LLP
6688 North Central Expressway
Suite 1000
Dallas, Texas 75206
Telephone: (214) 369-2100
Facsimile: (214) 369-2118

***Attorneys for Amazon.com, Inc.***

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel, who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 19th day of August 2011.

Eric M. Albritton